UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LANCE FRANKLIN,

        Plaintiff,

v.                        Case No:  2:18-cv-674-FtM-99UAM

KIMBERLY CENTER LLC,

        Defendant.
_____/

### ORDER[1]

This matter comes before the Court on *sua sponte* review of the file. Ten days ago, the Court ordered Plaintiff Lance Franklin to show cause on or before March 15, 2019, why it should not dismiss the Complaint for failure to effect service and failure to prosecute. (Doc. 7). The Court warned Franklin, who is represented by an attorney, that failure to respond will result in dismissal of the case without further notice. The deadline to show cause has lapsed with no word from Franklin. The Court thus dismisses this case.

Accordingly, it is now

**ORDERED:**

(1) The above-captioned case is **DISMISSED** for failure to effect service and failure to prosecute.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) The Clerk is **DIRECTED** to enter judgment accordingly, terminate all deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of March 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record